DEFENDANT:    BRIAN ARLAN PLASCENCIA

YOB:    1996

COMPLAINT FILED?    __x__ Yes    _____ No

OFFENSE(S):    COUNT 1: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) - Possession with Intent to Distribute More than 400 grams of a Substance Containing Fentanyl.

COUNT 2: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vi) - Conspiracy to Possess and Distribute More than 400 grams of a Substance Containing Fentanyl.

LOCAT. OF OFFENSE:    La Plata County, State and District of Colorado

PENALTY:    COUNT 1: NLT 10 years imprisonment and NMT life imprisonment; NLT five years and NMT life supervised release; a maximum fine of $10,000,000; and a $100 mandatory victim's fund assessment fee.

COUNT 2: NLT 10 years imprisonment and NMT life imprisonment; NLT five years and NMT life supervised release; a maximum fine of $10,000,000; and a $100 mandatory victim's fund assessment fee.

AGENT:    Special Agent Patrick Sheridan, HSI

AUTH. BY:    Lisa Franceware, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(C).

_____ will not seek detention

The statutory presumption of detention at **18 U.S.C. § 3142(e)(3)(A)** is applicable to this defendant.

OCDETF CASE:    ___ Yes    _X_ No